UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIC WAHRSAGER,

                    Plaintiff,                    **ORDER**
      -against-                              CV 11-0637 (DRH)(ARL)

NMP HOLDINGS CORP., et al.,

                    Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's September 12, 2011 motion to compel the defendants to respond to plaintiff's Second Request for Production of Documents and Requests for Admissions dated August 9, 2011 and Notice to take the Deposition of the Receiver.  By letter dated September 14, 2011, the defendants have indicated that they anticipate being able to respond to the document demands within the week.  Both parties seek an extension of the discovery deadlines.  The court has neither read nor considered plaintiff's reply letter dated September 19, 2011.  *See* Local Rule 37.3.

      The defendants are directed to fully respond to all outstanding discovery demands by September 26, 2011.  Counsel for defendants shall contact plaintiff's counsel by September 26, 2011 to arrange for a mutually convenient time for the receiver's deposition.  The parties' requests for an extension of the December 15, 2011 discovery deadlines are denied as premature.

Dated:  Central Islip, New York                  SO ORDERED:
           September 20, 2011

                                                        _____/s/_____
                                                        ARLENE R. LINDSAY
                                                        United States Magistrate Judge